```
 1  ROBERT D. WILSON (Pro hac vice)
    MICHAEL J. WILSON (Pro hac vice)                    FILED
 2  Wilson & Wilson Co., L.P.A.
    16716 Chillicothe Rd., Suite 100
 3  Chagrin Falls, OH 44023-4529                        MAR 20 2013
    T: (440) 708-0445
 4  F: (440) 708-0511                              RICHARD W. WIEKING
    rdwilson@wwcolpa.com                        CLERK, U.S. DISTRICT COURT
 5  mjwilson@wwcolpa.com                       NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN JOSE DIVISION
 6  SHELBY L. CLARK (CA Bar No. 203606)
    Abronson Law Offices
 7  236 N. Santa Cruz Ave., Suite 227
    Los Gatos, CA 95030
 8  T: (408) 726-1900
    F: (408) 395-1955
 9  shelby@redhouselawyer.com

10  Attorneys for Plaintiff United Beauty Products, Inc.
```

# UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| UNITED BEAUTY PRODUCTS, INC. | : | |
|---|---|---|
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION FILE NO. |
| | : | C 12-05670 HRL |
| K$ PRODUCTIONS, INC. | : | |
| **Defendant.** | : | |

### STIPULATED DISMISSAL JUDGMENT ENTRY

Plaintiff United Beauty Products, Inc. and Defendant K$ Productions, Inc. have informed the Court the parties have settled this matter.

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED the docket be marked for all:

STIPULATED DISMISSAL JUDGMENT ENTRY - 1

1. Plaintiff's claims against Defendant as "settled and dismissed with prejudice," with each party to bear its own attorneys' fees and costs;

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

_3/20/13_
Date

_____
Magistrate Judge Howard R. Lloyd

CONSENTED TO BY:

/s/ Robert D. Wilson
ROBERT D. WILSON
(*Pro hac vice*)
MICHAEL J. WILSON
(*Pro hac vice*)
Wilson & Wilson Co., L.P.A.
16716 Chillicothe Rd., Suite 100
Chagrin Falls, OH 44023-4529
T: (440) 708-0445
F: (440) 708-0511
rdwilson@wwcolpa.com
mjwilson@wwcolpa.com

SHELBY L. CLARK
State Bar No. 203606
Abronson Law Offices
236 N. Santa Cruz Ave., Suite 227
Los Gatos, CA 95030
T: (408) 726-1900
F: (408) 395-1955
shelby@redhouselawyer.com
Attorneys for Plaintiff

/s/ Stephen D. Rothschild
Stephen D. Rothschild, Esq.,
State Bar No. 132514
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067-4506
rothschild@khpblaw.com

Attorney for Defendant

STIPULATED DISMISSAL JUDGMENT ENTRY - 2