| | |
|---|---|
| 1 | ROBERT D. WILSON (*Pro hac vice*) |
|   | MICHAEL J. WILSON (*Pro hac vice*) |
| 2 | Wilson & Wilson Co., L.P.A. |
|   | 16716 Chillicothe Rd., Suite 100 |
| 3 | Chagrin Falls, OH 44023-4529 |
|   | T: (440) 708-0445 |
| 4 | F: (440) 708-0511 |
|   | rdwilson@wwcolpa.com |
| 5 | mjwilson@wwcolpa.com |

**FILED**

MAR 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

6  SHELBY L. CLARK (CA Bar No. 203606)
   Abronson Law Offices
7  236 N. Santa Cruz Ave., Suite 227
   Los Gatos, CA 95030
8  T: (408) 726-1900
   F: (408) 395-1955
9  shelby@redhouselawyer.com

10 Attorneys for Plaintiff United Beauty Products, Inc.

11                UNITED STATES DISTRICT COURT
              FOR THE NOTHERN DISTRICT OF CALIFORNIA
12                     SAN JOSE DIVISION

13

14  UNITED BEAUTY PRODUCTS, INC.         :

        Plaintiff,                       :
15                                       :
    v.                                   :   CIVIL ACTION FILE NO.
16                                       :   C 12-05670 HRL
    K$ PRODUCTIONS, INC.                 :
17                                       :
        Defendant.                       :
18

19           **STIPULATED DISMISSAL JUDGMENT ENTRY**

20       Plaintiff United Beauty Products, Inc. and Defendant K$ Productions, Inc. have informed

21  the Court the parties have settled this matter.

22       Upon representation of counsel that the above-captioned case has been settled between

23  the parties, IT IS ORDERED the docket be marked for all:

24

STIPULATED DISMISSAL JUDGMENT ENTRY - 1

1. Plaintiff's claims against Defendant as "settled and dismissed with prejudice," with each party to bear its own attorneys' fees and costs;

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

_3/20/13_
Date

_____
Magistrate Judge Howard R. Lloyd

CONSENTED TO BY:

/s/ Robert D. Wilson
ROBERT D. WILSON
(*Pro hac vice*)
MICHAEL J. WILSON
(*Pro hac vice*)
Wilson & Wilson Co., L.P.A.
16716 Chillicothe Rd., Suite 100
Chagrin Falls, OH 44023-4529
T: (440) 708-0445
F: (440) 708-0511
rdwilson@wwcolpa.com
mjwilson@wwcolpa.com

SHELBY L. CLARK
State Bar No. 203606
Abronson Law Offices
236 N. Santa Cruz Ave., Suite 227
Los Gatos, CA 95030
T: (408) 726-1900
F: (408) 395-1955
shelby@redhouselawyer.com
Attorneys for Plaintiff

/s/ Stephen D. Rothschild
Stephen D. Rothschild, Esq.,
State Bar No. 132514
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067-4506
rothschild@khpblaw.com

Attorney for Defendant

STIPULATED DISMISSAL JUDGMENT ENTRY - 2